# Court of Appeals
# of the State of Georgia

ATLANTA,  September 17, 2020

*The Court of Appeals hereby passes the following order:*

**A21A0202. ERIC L. DIXON v. THE STATE.**

After a jury trial, Eric L. Dixon was convicted of aggravated child molestation and four counts of child molestation.  We affirmed his convictions on appeal.  See *Dixon v. State*, 341 Ga. App. 255 (800 SE2d 11) (2017).  After the remittitur issued, Dixon filed an extraordinary motion for new trial, which the trial court denied on December 20, 2017. Dixon filed a second extraordinary motion for new trial, which the trial court denied on July 15, 2019. On July 24, 2020, Dixon filed a notice of appeal from a trial court order that he indicated denied his extraordinary motion for new trial on July 15, 2020. However, there is no order in the record bearing that date. Nonetheless, we lack jurisdiction for two reasons.

Pretermitting whether Dixon timely filed his notice of appeal, an order denying an extraordinary motion for a new trial must be appealed by application for discretionary appeal. OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997).  Dixon filed an application for discretionary appeal challenging the same order he now seeks to appeal, and we denied the application. See Case No. A21D0025 (decided August 24, 2020). Because that denial was an adjudication on the merits, the doctrine of res judicata bars this direct appeal. See *Northwest Social & Civic Club, Inc. v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 260-261 (1) (649 SE2d 313) (2007). Moreover, only one extraordinary motion for new trial is allowed. See OCGA § 5-5-41 (b).

Thus, Dixon is not entitled to a direct appeal from the order he challenges, and this direct appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,   09/17/2020*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*